IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 3:14-cr-00101 |
| ) | Chief Judge Haynes |
| BRYAN PUCKETT, et al.   ) | |

### ORDER

I hereby recuse myself in this action. This file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

**ENTERED** this the 17th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge