IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | NO. 3:14-cr-00101 |
| ) | JUDGE TRAUGER |
| **BRYAN PUCKETT** ) | |

_____

**MOTION TO CONTINUE TRIAL**
_____

Comes the Defendant, BRYAN PUCKETT, by and through counsel, and moves the Court to continue the trial of this matter presently set for September 16, 2014.

The Defendant needs additional time for him and his counsel to review and analyze many documents relating to complex financial transactions as part of the discovery in this case.

Counsel for the Government has indicated no opposition to a continuance. Counsel for the Defendant verily believes that none of the other co-defendants would oppose a continuance of the trial.

The Defendant has attached his executed Waiver of Right to Speedy Trial.

WHEREFORE, for the reasons stated, the Defendant prays the Motion be granted and the trial reset.

Respectfully submitted,

___s/ Michael J. Flanagan_____
Michael J. Flanagan, #9445
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580