UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:14-00101 |
| | ) | Judge Trauger |
| BRYAN PUCKETT, ET AL | ) | |
| | ) | |

**MOTION OF THE UNITED STATES TO AMEND INDICTMENT**

Comes now the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and respectfully moves the Court to amend the indictment (Docket Entry # 1) in the following respects:

1. to correct the spelling of the word "Tatnail" to the word "Tattnall" such that the property address reads "129 Tattnall Court, Hendersonville, Tennessee" in the table at paragraph 9 of Count One and in the table at paragraph 3 regarding Count Four;

2. to strike the word "Drive" from the words "101 Valley Creek Court Drive" such that the property address reads "101 Valley Creek Court, Franklin, Tennessee" in the table at paragraph 9 of Count One;

3. to replace the number "5332" and the word "Drive" with the number "5232" and word "Road" such that the property address reads "5232 Williamsburg Road, Brentwood, Tennessee" in the table at paragraph 9 of Count One and in the table at paragraph 3 regarding Count Five; and

4. to replace the word "Home" with the word "Broker's" such that the lender name reads "American Broker's Conduit" in the table at paragraph 9 of Count One regarding the loan closing for borrower RS on or about May 3, 2007.