UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:14-cr-00101-2 |
| AMIR BABAK BANYAN a/k/a Bobby Banyan, | ) | Judge Aleta A. Trauger |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss the Indictment or, in the alternative, to order the government to file a bill of particulars, filed by defendant Amir Babak Banyan a/k/a Bobby Banyan (Docket No. 59) is hereby **DENIED**.

It is so **ORDERED**.

Enter this 21st day of August 2015.

ALETA A. TRAUGER
United States District Judge